IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| LAVERNE PUANANI CABREIRA AND ALBERT CABREIRA, JR., | ) ) ) | Civ. No. 11-00028 DAE-BMK |
|---|---|---|
| Plaintiffs, | ) ) ) | FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION |
| vs. | ) ) | |
| EMC MORTGAGE CORP, ET AL., | ) ) | |
| Defendants. | ) ) | |

## FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION

On January 13, 2011, Plaintiffs Laverne P. Cabreira and Albert Cabreira, Jr. filed this action against Defendants. The Court finds and recommends that this action be DISMISSED.

During the entirety of this case, only Laverne Cabreira prosecuted this action. She contacted the Court several times to move hearings, and she also participated in every hearing. Additionally, Laverne Cabreira actively contacted the Court to confirm dates and times for hearings. At no time during the pendency of this case did Albert Cabreira, Jr. contact the Court, participate in any hearing, or otherwise prosecute this case.

On November 10, 2011, during the Settlement Conference in this case, Laverne Cabreira informed the Court that she wanted to dismiss this case.

She stated that she was unable to contact Albert Cabreira, Jr., her husband, to obtain his consent to dismiss this case. The Court therefore issued an Order to Show Cause on November 15, 2011, which ordered Albert Cabreira, Jr. to appear before the Court on December 15, 2011 to show cause "why this case should not be dismissed for his failure to appear at the Settlement Conference or otherwise prosecute this case."

The Court held the hearing on the Order to Show Cause on December 15, 2011, as scheduled. Laverne Cabreira participated by phone, but Albert Cabreira, Jr. did not appear at the hearing. Laverne Cabreira stated again that she has been unable to contact him. She also restated her desire to dismiss this case.

The Court finds that Albert Cabreira, Jr. has not prosecuted this case. He has not participated in any of the hearings, even when ordered to do so. He has not contacted the Court, and the Court – and his wife – have been unable to locate him. Inasmuch as Laverne Cabreira would like to dismiss this case, and because Albert Cabreira, Jr. has failed to prosecute this case, the Court finds and recommends that this action be dismissed.

DATED: Honolulu, Hawaii, December 19, 2011.

IT IS SO ORDERED.



    /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Laverne P. Cabreira, et al. v. EMC Mortgage Corp., et al., Civ. No. 11-00028 DAE-BMK; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION.