IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LAVERNE PUANANI CABREIRA and ALBERT CABREIRA, JR., <br><br>Plaintiffs, <br><br>vs. <br><br>EMC MORTGAGE CORP., et al., <br><br>Defendants. | CIVIL 11-00028-DAE-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 19, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION," docket entry no. 28, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 9, 2012.

_____
David Alan Ezra
United States District Judge